# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRISTAN FORD,<br><br>    Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS,<br><br>    Defendants. | Case No. 2:17-cv-01738<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Based on the Unopposed Motion for Extension of Time to File Responsive Pleading to Complaint, and good cause appearing, it is hereby ORDERED that the motion is GRANTED.

Defendant shall file their Responsive pleading to the Complaint on Thursday, December 7, 2017.

Dated this _27th_ day of November, 2017.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING
TO COMPLAINT- 1

# **CERTIFICATE OF SERVICE**

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 17th day of November, 2017, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to those registered via ECF notification. Additionally Defendants counsel has email served copies upon the following:

James W. Talbot
Email: jim@jwtalbotlaw.com
Law Offices of James W. Talbot
500 Yale Avenue North
Seattle, Washington 98109

*Attorneys for Plaintiff Tristan Ford*

Executed on the 17th day of November, 2017, at Seattle, Washington.

*s/ Gwendolyn C. Payton*
Signature of Attorney
WSBA No. 19752
Typed Name: Gwendolyn C. Payton
Address: 1420 5th Avenue, Suite 3700
Seattle, WA 98101
Telephone: 206.467.9600
Fax: 206.623.6793
E-mail: gpayton@kilpatricktownsend.com
Attorney(s) For: Premera Blue Cross

CERTIFICATE OF SERVICE - 2