THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISTAN FORD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS,<br><br>　　　　Defendant. | Case No. 2:17-cv-01738<br><br>**JOINT STIPULATION TO EXTEND BRIFFING SCHEDULE FOR PREMERA'S RULE 12(B)(6) AND RULE 56 MOTION**<br><br>NOTE ON MOTION CALENDAR:<br>DECEMBER 11, 2017 |

Plaintiff Tristan Ford ("Plaintiff") and Defendant Premera Blue Cross ("Defendant", and collectively with Plaintiff, the "Parties") hereby stipulate as follows:

1. WHEREAS, on December 7, 2017 Defendant filed a motion for dismissal and for summary judgment ("Motion").

2. WHEREAS, the Parties wish to have additional time to brief the relevant issues in Premera's December 7, 2017 motion, the Parties hereby stipulate to the following briefing schedule, or similar dates that are convenient to the Court:

Note Date for the Motion: January 12, 2018;

Last date to file Opposition: January 8, 2018;

Last date to file Reply: January 12, 2018.

3. WHEREAS, there have been no previous modifications to the proposed briefing

JOINT STIPULATION FOR AN EXTENDED BRIEFING SCHEDULE ON PREMERA BLUE CROSS'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT- 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5TH AVENUE, SUITE 3700
SEATTLE, WA 98101
PHONE: 206-467-9600 FAX: 206-623-6793

schedule for the Parties' Motions for Summary Judgment.

THEREFORE, the Parties jointly and respectfully request that the Court adopt the Stipulated Briefing Schedule as may also be convenient for the Court.

**IT IS SO STIPULATED.**

| Law Offices of James W. Talbot, PLLC | Kilpatrick Townsend & Stockton LLP |
|---|---|
| By <u>s/ James W. Talbot</u><br>James W. Talbot, WSBA No. 22082<br>jim@jwtalbotlaw.com<br>500 Yale Avenue North<br>Seattle, WA 98109<br>Telephone: 206.905.7717<br>Fax: 206.319.4521<br><br>*Attorneys for Plaintiff Tristan Ford* | By <u>*s/ Gwendolyn C. Payton*</u><br>Gwendolyn C. Payton, WSBA No. 26752<br>gpayton@kilpatricktownsend.com<br>Address: 1420 5th Avenue, Suite 3700<br>Seattle, WA 98101<br>Telephone: 206.467.9600<br>Fax: 206.623.6793<br><br>*Attorneys for Defendant Premera Blue Cross* |

JOINT STIPULATION FOR AN EXTENDED BRIEFING SCHEDULE ON PREMERA BLUE CROSS'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT- 2

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5TH AVENUE, SUITE 3700
SEATTLE, WA 98101
PHONE: 206-467-9600 FAX: 206-623-6793

## ORDER

Pursuant to the foregoing stipulation, and for good cause shown, the briefing schedule for Defendant Premera's Motion to Dismiss and for Summary Judgment are set as follows:

    Note Date for the Motion: January 12, 2018

    Last date to file Opposition: January 8, 2018

    Last date to file Reply: January 12, 2018

IT IS SO ORDERED.

Dated this __12__ day of __Dec.__, 2017.

*[signature]*

HONORABLE MARSHA J. PECHMAN
United States District Court Judge

JOINT STIPULATION FOR AN EXTENDED BRIEFING SCHEDULE ON PREMERA BLUE CROSS'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT - 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

## CERTIFICATE OF SERVICE

I certify that on December 11, 2017, I caused to have served a true and correct copy of the foregoing **JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PREMERA'S RULE 12(B)(6) AND RULE 56 MOTION** on the following by the method(s) indicated below:

| | |
|---|---|
| James W. Talbot<br>Email: jim@jwtalbotlaw.com<br>Law Offices of James W. Talbot<br>500 Yale Avenue North<br>Seattle, Washington 98109 | __X__ CM/ECF Delivery<br>_____ U.S. Mail, Postage Prepaid<br>__X__ Email<br>_____ Facsimile |

*Attorneys for Plaintiff Tristan Ford*

DATED this 11th day of December, 2017, at Seattle, Washington.

Kilpatrick Townsend & Stockton LLP

*s/ Gwendolyn C. Payton*

Gwendolyn C. Payton, WSBA No. 19752
Typed Name: Gwendolyn C. Payton
Address: 1420 5th Avenue, Suite 3700
Seattle, WA 98101
Telephone: 206.467.9600
Fax: 206.623.6793
E-mail: gpayton@kilpatricktownsend.com
*Attorneys For Premera Blue Cross*

JOINT STIPULATION FOR AN EXTENDED BRIEFING SCHEDULE ON PREMERA BLUE CROSS'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT - 4

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946