THE HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRISTAN FORD,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS,<br><br>Defendant. | **Case No. 2:17-cv-01738**<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT** |

Based on Parties' Joint Stipulation Extending Initial Disclosures, Joint Status Report, and Early Settlement, and good cause appearing, it is hereby ORDERED that the parties' Joint Stipulation is GRANTED.

Deadlines are moved to:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 2/21/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 2/28/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 3/7/2018 |

Dated this _31st_ day of January, 2018.

                          _____
                          Marsha J. Pechman
                          United States District Judge

Presented By:

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: */s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA #26752
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Email: gpayton@kilpatricktownsend.com
Telephone: (206) 467-9600
Fax: (206) 623-6793

*Attorneys for Defendant Premera Blue Cross*


**LAW OFFICE OF JAMES W TALBOT**

By: */s/ James W Talbot*
James W Talbot, WSBA # 22082
500 Yale Ave N
Seattle, WA 98109
Email: jim@jwtalbotlaw.com
Telephone: (206) 905-7717
Fax: (206) 319-4521

*Attorneys for Plaintiff Tristan Ford*

# CERTIFICATE OF SERVICE

I certify that on January 30, 2018, I electronically filed the foregoing [PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James W. Talbot
Email: jim@jwtalbotlaw.com
Law Offices of James W. Talbot
500 Yale Avenue North
Seattle, Washington 98109

*Attorneys for Plaintiff Tristan Ford*

DATED this 30th day of January, 2018.

**Kilpatrick Townsend & Stockton LLP**

*s/ Gwendolyn C. Payton*
Signature of Attorney
WSBA No. 19752
Typed Name: Gwendolyn C. Payton
Address: 1420 5th Avenue, Suite 3700
Seattle, WA 98101
Telephone: 206.467.9600
Fax: 206.623.6793
E-mail: gpayton@kilpatricktownsend.com
Attorney(s) For: Premera Blue Cross

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 3

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946